UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

FILED
Western District of Washington
at Seattle

SEP 29 2015

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# AMENDMENT COVER SHEET

DEBTOR LAST NAME  William Neptune & Amanda Neptune

CASE NUMBER  15-14511-TWD          CHAPTER  7

ATTORNEY FOR DEBTOR  N/A           PHONE  206-434-1958

## PLEASE CHECK WHAT IS BEING AMENDED

**PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $30 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS.  SUBMIT ORIGINAL ONLY – NO COPIES REQUIRED**

1. **PETITION:**   Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

2. **MATRIX:**   Adding, Deleting Creditors  (Requires $30 Fee)

    No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

    When submitting an amended Matrix, send Matrix with **ONLY** the amended creditors. ECF filers are required to upload additional creditors into ECF. To do so, login to ECF, select the Bankruptcy menu, then click on the Creditor Maintenance hyperlink.

3. **SCHEDULES:**

    D, E, (F)  (Requires $30 fee)

    A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

    A, B, C, G, H, I, J,  (No fee required)

4. **AMENDING AMOUNTS/TOTALS OF SCHEDULES:**

    D, E, F  (Requires $30 fee)

    A, B, C, G, H, I, J,  (No fee required)

5. **STATEMENT OF FINANCIAL AFFAIRS**  (No fee required)

It is the responsibility of the debtor to notify additional creditors by sending a section 341 meeting of creditors notice and/or Discharge Order to the individuals or companies added to the schedules/matrix. A certificate of mailing in regard to this notification filed with the Clerk's office is appropriate. If the case presently is closed a Motion To Reopen, Notice of Hearing, Proposed Order and Proof of Service, a filing fee, and the amendment fee must accompany the amendment.

_/s/ William Neptune_   _/s/ Amanda Neptune_
Signature of Debtor

B 6F (Official Form 6F) (12/07)

In re  William Neptune & Amanda Neptune          ,        Case No. 15-14511-TWD
                         Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. E8004175457 <br> Evergreen Health <br> 12040 NE 128th st <br> Kirkland, Wa 98034 | | W | May 08, 2014 | | | | 2,899.20 |
| ACCOUNT NO. 3118390 <br> Pediatrix Medical Group <br> P.O. Box 88087 <br> Chicago, Il 60680 | | W | Jan 31, 2014 | | | | 568.40 |
| ACCOUNT NO. J3 <br> Evergreen Villa <br> C/o Conrad Properties Inc. <br> 19910 50th Ave W. Ste. 101 <br> Lynnwood Wa, 98036 | | J | July 1, 2014 | | | | 910.50 |
| ACCOUNT NO. | | | | | | | |

                                                                            Subtotal▶   $   4,378.10

____ continuation sheets attached

                                                   Total▶   $   4,378.10
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

FILED
Western District of Washington
at Seattle
SEP 29 2015
MARK L. HATCHER
CLERK, U.S. BANKRUPTCY COURT